| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE WENDELL VAUGHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. JONES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01329-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN **45 DAYS** |

Plaintiff Wallace Wendell Vaughn is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on September 26, 2018. (Doc. No. 1.)

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

///

1

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

   Dated: **September 28, 2018**        /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE