# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE WENDELL VAUGHN, III,<br><br>    Plaintiff,<br><br>v.<br><br>C. JONES, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01329 AWI BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 12) |

Plaintiff Wallace Wendell Vaughn, III ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 5, 2019, the assigned Magistrate Judge screened Plaintiff's first amended complaint under 28 U.S.C. § 1915A, and found that it stated a cognizable claim for deliberate indifference to safety and to serious medical needs in violation of the Eighth Amendment against Defendants Jones and Carpenter, but failed to state any other cognizable claims against any other defendants. Accordingly, the Magistrate Judge issued findings and recommendations that: (1) this action proceed on Plaintiff's first amended complaint, filed on February 6, 2019, against Defendants Jones and Carpenter for deliberate indifference to safety and to serious medical needs in violation of the Eighth Amendment; and (2) all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (ECF No. 12.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (Id. at 7–8.) No objections have been filed, and the deadline in which to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 5, 2019, (ECF No. 12), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed February 6, 2019, (ECF No. 11), against Defendant Jones and Carpenter for deliberate indifference to safety and to serious medical needs in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed based on Plaintiff's failure to state claims upon which relief may be granted, including the Doe Defendants and Plaintiff's request for declaratory relief; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: July 12, 2019

SENIOR DISTRICT JUDGE