UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE WENDELL VAUGHN,<br><br>        Plaintiff,<br><br>  v.<br><br>JONES, et al.,<br><br>        Defendants. | No. 1:18-cv-01329-ADA-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On November 6, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __November 6, 2023__                    /s/ Signature
                                                           UNITED STATES MAGISTRATE JUDGE

1