**FILED**

NOV 06 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE WENDELL VAUGHN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONES, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01329-ADA-BAM (PC)<br><br>ORDER THAT INMATE WALLACE WENDELL VAUGHN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Plaintiff Wallace Wendell Vaughn is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　A settlement conference in this matter commenced on November 6, 2023 at California State Prison, Corcoran. Inmate Wallace Wendell Vaughn, CDCR #T-94462, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 11/6/23

_____
UNITED STATES MAGISTRATE JUDGE