# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE WENDELL VAUGHN, | Case No. 1:18-cv-01329-NODJ-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| JONES, *et al.*, | (ECF No. 61) |
| Defendants. | |

On November 6, 2023, a settlement conference was held and the parties reached a settlement agreement. (ECF No. 57.) On November 7, 2023, the parties were ordered to file dispositional documents within thirty days. (ECF No. 58.)

Currently before the Court is Defendants' request for an extension of time to file dispositional documents, filed December 6, 2023. (ECF No. 61.) Defendants state that since the date of the settlement conference, the OAG has worked diligently to process the settlement documents for Plaintiff's signature, but Plaintiff has been transferred to 3 different facilities since the settlement conference took place. The OAG has determined that Plaintiff has since had an additional transfer, and has sent the documents to the Litigation Coordinator for Plaintiff to sign. Defendants therefore request a thirty-day extension of time to file the signed dispositional documents. (*Id.*)

///

1

Plaintiff has not had an opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l). The Court finds good cause to grant the requested extension of time, and that Plaintiff will not be prejudiced by the requested extension.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendants' request for extension of time to file dispositional documents, (ECF No. 61), is GRANTED; and

2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   __**December 7, 2023**__               /s/ *Barbara A. McAuliffe*   _
                                                UNITED STATES MAGISTRATE JUDGE